UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-3-D

UNITED STATES OF AMERICA

v.

**Isaiah Keshawn Calhoun**

ORDER

On motion of the Defendant, Isaiah Keshawn Calhoun, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #32 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 12 day of August, 2025.

Judge James C. Dever, III
United States District Judge